**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **AVENUE C TENANTS HDFC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **13-3101846** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **73-75 AVENUE C**<br>**New York, NY 10009**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New York**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **AVENUE C TENANTS HDFC**    Case number (*if known*) _____

Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☐ None of the above |

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___5311___

| | |
|---|---|
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| | ■ Chapter 11. *Check all that apply*: |

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. |
| | ☐ Yes. |
| If more than 2 cases, attach a separate list. | District _____ When _____ Case number _____ |
| | District _____ When _____ Case number _____ |

| | |
|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No |
| | ☐ Yes. |
| List all cases. If more than 1, attach a separate list | Debtor _____ Relationship _____ |
| | District _____ When _____ Case number, if known _____ |

| Debtor | AVENUE C TENANTS HDFC | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**     .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **AVENUE C TENANTS HDFC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 29, 2016**
                MM / DD / YYYY

X **/s/ HERMAN HEWITT**                          **HERMAN HEWITT**
   Signature of authorized representative of debtor     Printed name

Title    **SENIOR VICE PRESIDENT**

**18. Signature of attorney**

X **/s/ A. MITCHELL GREENE**                    Date  **April 29, 2016**
   Signature of attorney for debtor                     MM / DD / YYYY

**A. MITCHELL GREENE**
Printed name

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
Firm name

**875 THIRD AVENUE**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone  **(212) 603-6300**      Email address

Bar number and State

**Fill in this information to identify the case:**

Debtor name          **AVENUE C TENANTS HDFC**

United States Bankruptcy Court for the:          SOUTHERN DISTRICT OF NEW YORK

Case number (if known)          _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration          _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April 29, 2016**          X **/s/ HERMAN HEWITT**
                                               Signature of individual signing on behalf of debtor

                                               **HERMAN HEWITT**
                                               Printed name

                                               **SENIOR VICE PRESIDENT**
                                               Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:                                                    Chapter 11

**AVENUE C TENANTS HDFC,**                                Case No.:

                          Debtor.
----------------------------------------------------------X

## <u>CERTIFICATION OF RESOLUTION</u>

     I, the undersigned, Herman Hewitt, as Senior Vice President of **Avenue C Tenants**

**HDFC** (the "Corporation"), do hereby certify that at a meeting of the Corporation previously

held, it was determined that I shall have all such authority as is necessary to effectuate the

Company's restructuring, including, but not limited to the filing of a Chapter 11 petition

on behalf of the Company and to manage the Company during the chapter 11 proceeding

as its Senior Vice President, and the following resolutions are now adopted and recorded in

the Minute Book of the Corporation, and they have not been modified or rescinded, and are still

in full force and effect:

     **"RESOLVED,** that in the judgment of the Corporation it is desirable and in the best interest of the Corporation, its creditors, partners and other interested parties, that a petition be filed by the Corporation for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

     **"RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that Herman Hewitt, Senior Vice President of the Corporation, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York at such time as he shall determine; and it is further

     **"RESOLVED,** that Herman Hewitt, as Senior President of the Corporation, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to take any and

all other actions which he may deem necessary or proper in connection with such Chapter 11 case, and, in that connection, that the firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C. be retained and employed as legal counsel for the Corporation under a general retainer, in addition to such special counsel as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case."

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Corporation

this 29th day of April, 2016.

**AVENUE C TENANTS HDFC**

**By:  /s/ Herman Hewitt_____**
**Herman Hewitt**
**Senior Vice President**

652181

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                                          Chapter 11

**AVENUE C TENANTS HDFC**                       Case No.

                                    Debtor.
--------------------------------------------------------X

## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-2

STATE OF NEW YORK     )
                                          ) ss:
COUNTY OF NEW YORK )

    **Herman Hewitt**, being duly sworn, deposes and says:

    1.    I am the senior vice  president of **Avenue C Tenants HDFC** (the "Debtor"), and am fully familiar with the facts set forth herein.

    2.    The Debtor operates a mixed-use property located at 73-75 Avenue C, New York, New York, which consists of 16 affordable, rent-stabilized apartments and two commercial spaces.

    3.    No pre-petition committee was organized prior to the Order for relief.

    4.    The Secured Creditors of the Debtor are as listed on Schedule D to the Petition.

    5.    A summary of the Debtor's assets and liabilities is set forth on the summary of schedules annexed to the petition.

    6.    The names and addresses of the twenty largest unsecured creditors, excluding insiders, appears on Exhibit "A" to this affidavit.

    7.    All suits or proceedings in which the Debtor is named as a party are listed in the Debtor's Statement of Financial Affairs.

{00726592.DOC;1 }392093

8.     No property of the Debtor is in the possession and control of a receiver for the benefit of mortgagees and creditors.

9.     The Debtor's financial condition was precipitated by the failed conversion of the Property into a cooperative.  The tenants were unable to keep up with anticipated maintenance costs, including payment of real estate taxes which resulted in a foreclosure action initiated by NYCTL 2013-A TRUST, holders of a real estate tax lien against the Debtor's Property.

10.     The purpose of filing this petition is to preserve the assets of the Debtor for the benefit of the creditors and to preserve priorities of creditors.

11.     The estimated operating expense of the Debtor for the next **thirty days** is:

### INCOME

| | |
|---|---|
| **Total Estimated Income:** | **$14,467** |

### EXPENSES

| | |
|---|---|
| Management Company Payroll | $1,300 |
| Energy Expenses | $2,500 |
| Supplies | $290 |
| Repairs and Maintenance | $5,000 |
| Taxes | $208 |
| Administrative | $1,200 |
| Insurance | $650 |
| Miscellaneous | $175 |

| | |
|---|---|
| **Total Estimated Expenses:** | **$11,323** |
| **NET INCOME:** | **$3,144** |

**/s/ Herman Hewitt**       
**Herman Hewitt**
**Senior Vice President**

Sworn to before me this
**29th** day of **April, 2016**

/S/ Robert M. Sasloff
**Notary Public, State of New York**
No. 02SA4966401
Qualified in Kings County
Commission Expires 5-7-2018

392093

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name **AVENUE C TENANTS HDFC** | |
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK** | ☐ Check if this is an |
| Case number (if known): _____ | amended filing |

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **HILDA MERCADO 73-75 AVENUE C #1 New York, NY 10009** | | | | | | **$44.72** |
| **JEANETTE CONCEPCION 73-75 AVENUE C #5 New York, NY 10009** | | | | | | **$630.70** |
| **KALMUS SIEGEL HARRIS & GOLDFARB LLP 585 STEWART AVENUE, SUITE 550 Garden City, NY 11530** | | | | | | **$1,925.00** |
| **KRISTIN LOPEZ 73-75 AVENUE C #2 New York, NY 10009** | | | | | | **$842.60** |
| **LUIS MALDONADO 2269 VIRGIL PLACE Bronx, NY 10473** | | | | | | **$1,550.00** |
| **NYC DEPT. OF FINANCE 345 ADAMS STREET, 3RD FL. ATTN:  LEGAL AFFAIRS Brooklyn, NY 11201** | | | | **$157,850.24** | **$0.00** | **$157,850.24** |
| **NYC FINANCE COMMISSIONER 66 JOHN STREET, 10TH FL. New York, NY 10038** | | | | | | **$6,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                            Best Case Bankruptcy

| Debtor | **AVENUE C TENANTS HDFC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **NYC WATER BOARD**<br>**PO BOX 1863**<br>**Newark, NJ 07101** | | | | | | **$74,148.25** |
| **NYS WORKMEN'S COMP BOARD BUREAU OF COMPLIANCE**<br>**20 PARK STREET**<br>**Albany, NY 12207** | | | | | | **$110,162.00** |
| **OLGA FERREIRA**<br>**73-75 AVENUE C**<br>**#11**<br>**New York, NY 10009** | | | | | | **$950.00** |
| **OLIVER FERNANDEZ**<br>**73-75 AVENUE C**<br>**#8**<br>**New York, NY 10009** | | | | | | **$717.03** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **AVENUE C TENANTS HDFC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................    $          **2,000,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................    $             **40,903.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................    $          **2,040,903.00**

| Part 2: | Summary of Liabilities |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $          **1,087,265.32**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. Total claim amounts of priority unsecured claims:
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $             **3,185.05**

   3b. Total amount of claims of nonpriority amount of unsecured claims:
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$           **193,785.25**

4.  Total liabilities .............................................................................................................................
   Lines 2 + 3a + 3b                                                                                           $          **1,284,235.62**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **AVENUE C TENANTS HDFC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **CHASE BANK** | **CHECKING ACCOUNT** | | **$35,000.00** |
| 3.2. | **SIGNAUTRE BANK** | **TENANT DEPOSIT ACCOUNT** | | **$1,233.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $36,233.00 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **AVENUE C TENANTS HDFC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 11a. 90 days old or less: | **4,670.00** | - | **0.00** | = .... | **$4,670.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$4,670.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **AVENUE C TENANTS HDFC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 55.1. | **REAL PROPERTY AND IMPROVEMENTS LOCATED AT 73-75 AVENUE C, NEW YORK, NEW YORK.** | | | | |
|---|---|---|---|---|---|
| | **VALUE SUBJECT TO APPRISAL.** | | | $0.00 | N/A | $2,000,000.00 |

---

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $2,000,000.00 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **AVENUE C TENANTS HDFC**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $36,233.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,670.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................................> | | $2,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $40,903.00 | + 91b. $2,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,040,903.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **AVENUE C TENANTS HDFC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **NYC DEPT. OF FINANCE** | Describe debtor's property that is subject to a lien | $157,850.24 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**345 ADAMS STREET, 3RD FL.**
**ATTN:  LEGAL AFFAIRS**
**Brooklyn, NY 11201**

Creditor's mailing address

Describe the lien

_____

Is the creditor an insider or related party?

■ No
☐ Yes

_____

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **NYCTL 2013-A TRUST** | Describe debtor's property that is subject to a lien | $929,415.08 | $2,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**C/O SHAPIRO DICARO 7 BARAK**
**105 MAXESS ROAD, SUITE N109**
**Melville, NY 11747**

Creditor's mailing address

**REAL PROPERTY AND IMPROVEMENTS LOCATED AT 73-75 AVENUE C, NEW YORK, NEW YORK.**

**VALUE SUBJECT TO APPRISAL.**

Describe the lien

_____

Is the creditor an insider or related party?

■ No
☐ Yes

_____

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **AVENUE C TENANTS HDFC**
_____    Case number (if know) _____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,087,265.32

| **Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **AVENUE C TENANTS HDFC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | 0.00 |
|---|---|---|---|---|

**CORP. COUNSEL FOR NYC
100 CHURCH STREET
New York, NY 10007**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$44.72** | $44.72 |
|---|---|---|---|---|

**HILDA MERCADO
73-75 AVENUE C
#1
New York, NY 10009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    52660                    Best Case Bankruptcy

Debtor    **AVENUE C TENANTS HDFC**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**INTERNAL REVENUE SERVICE**
**PO BOX 7346**
**Philadelphia, PA 19114**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$630.70** | **$630.70**

**JEANETTE CONCEPCION**
**73-75 AVENUE C**
**#5**
**New York, NY 10009**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$842.60** | **$842.60**

**KRISTIN LOPEZ**
**73-75 AVENUE C**
**#2**
**New York, NY 10009**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**NEW YORK STATE DEPT. OF**
**FINANC**
**ATTN: BANKRUPTCY SPECIAL**
**PROC**
**PO BOX 5300**
**Albany, NY 12205**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

Debtor  **AVENUE C TENANTS HDFC**                                    Case number (if known) _____
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.7** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*

**NYC DEPT. OF FINANCE**
**345 ADAMS STREET, 3RD FL.**
**ATTN:  LEGAL AFFAIRS**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.8** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*                                        **$0.00    $0.00**

**OFFICE OF THE ATTORNEY**
**GENERAL**
**THE CAPITOL**
**Albany, NY 12224**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.9** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*                                        **$950.00    $950.00**

**OLGA FERREIRA**
**73-75 AVENUE C**
**#11**
**New York, NY 10009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.10** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*                                        **$717.03    $717.03**

**OLIVER FERNANDEZ**
**73-75 AVENUE C**
**#8**
**New York, NY 10009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| Debtor | **AVENUE C TENANTS HDFC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**US ATTY OFFICE -SDNY**
**86 CHAMBERS STREET**
**ATTN:  TAX AND BANKRUPTCY**
**New York, NY 10007**

*Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,925.00 |
|---|---|---|---|

**KALMUS SIEGEL HARRIS &**
**GOLDFARB LLP**
**585 STEWART AVENUE, SUITE 550**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,550.00 |
|---|---|---|---|

**LUIS MALDONADO**
**2269 VIRGIL PLACE**
**Bronx, NY 10473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

**NYC FINANCE COMMISSIONER**
**66 JOHN STREET, 10TH FL.**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74,148.25 |
|---|---|---|---|

**NYC WATER BOARD**
**PO BOX 1863**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,162.00 |
|---|---|---|---|

**NYS WORKMEN'S COMP BOARD**
**BUREAU OF COMPLIANCE**
**20 PARK STREET**
**Albany, NY 12207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

| Debtor | **AVENUE C TENANTS HDFC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 3,185.05 |
| **5b. Total claims from Part 2** | 5b. + | $ | 193,785.25 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 196,970.30 |

**Fill in this information to identify the case:**

Debtor name    **AVENUE C TENANTS HDFC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest    **COMMERCIAL LEASE** <br><br> State the term remaining <br><br> List the contract number of any government contract | **AAA GLASS PLUS FRAMING INC.** <br> **73-75 AVENUE C** <br> **New York, NY 10009** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest    **APARTMENT LEASE** <br><br> State the term remaining <br><br> List the contract number of any government contract | **ANTONIA ORTEGA** <br> **73-75 AVENUE C** <br> **#10** <br> **New York, NY 10009** |
| **2.3.**   State what the contract or lease is for and the nature of the debtor's interest    **APARMTENT LEASE** <br><br> State the term remaining <br><br> List the contract number of any government contract | **DAVID MANCUSO** <br> **73-75 AVENUE C** <br> **$14** <br> **New York, NY 10009** |
| **2.4.**   State what the contract or lease is for and the nature of the debtor's interest    **APARTMENT LEASE** <br><br> State the term remaining <br><br> List the contract number of any government contract | **EVENLYN LAFONTAINE** <br> **73-75 AVENUE C** <br> **#16** <br> **New York, NY 10009** |

Debtor 1    **AVENUE C TENANTS HDFC**
First Name          Middle Name          Last Name          Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **APARTMENT LEASE** |
|---|---|---|
| | State the term remaining | **HILDA MERCADO** |
| | List the contract number of any government contract | **73-75 AVENUE C**<br>**#1**<br>**New York, NY 10009** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **APARTMENT LEASE** |
|---|---|---|
| | State the term remaining | **JEANETTE CONCEPCION** |
| | List the contract number of any government contract | **73-75 AVENUE C**<br>**#5**<br>**New York, NY 10009** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **APARTMENT LEASE** |
|---|---|---|
| | State the term remaining | **JOSE FLORES** |
| | List the contract number of any government contract | **73-75 AVENUE C**<br>**#4**<br>**New York, NY 10009** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **APARTMENT LEASE** |
|---|---|---|
| | State the term remaining | **JOSE HERNANDEZ** |
| | List the contract number of any government contract | **73-75 AVENUE C**<br>**#12**<br>**New York, NY 10009** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **APARTMENT LEASE** |
|---|---|---|
| | State the term remaining | **KRISTIN LOPEZ** |
| | List the contract number of any government contract | **73-75 AVENUE C**<br>**#2**<br>**New York, NY 10009** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **APARTMENT LEASE** |
|---|---|---|
| | State the term remaining | **LAURA MARTI** |
| | List the contract number of any | **73-75 AVENUE C**<br>**#3**<br>**New York, NY 10009** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **AVENUE C TENANTS HDFC**                                    Case number *(if known)*
　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **APARTMENT LEASE** |
|---|---|---|
| | State the term remaining | **LIBRADA BERROA**<br>**73-75 AVENUE C**<br>**#13**<br>**New York, NY 10009** |
| | List the contract number of any government contract | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **APARTMENT LEASE** |
|---|---|---|
| | State the term remaining | **LUZ VELASQUEZ**<br>**73-75 AVENUE C**<br>**#9**<br>**New York, NY 10009** |
| | List the contract number of any government contract | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **APARTMENT LEASE** |
|---|---|---|
| | State the term remaining | **OLGA FERREIRA**<br>**73-75 AVENUE C**<br>**#11**<br>**New York, NY 10009** |
| | List the contract number of any government contract | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **APARTMENT LEASE** |
|---|---|---|
| | State the term remaining | **OLIVER FERNANDEZ**<br>**73-75 AVENUE C**<br>**#8**<br>**New York, NY 10009** |
| | List the contract number of any government contract | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **COMMERCIAL LEASE** |
|---|---|---|
| | State the term remaining | **RECYCLE A BICYCLE**<br>**73-75 AVENUE C**<br>**New York, NY 10009** |
| | List the contract number of any government contract | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **APARTMENT LEASE** | **WILLIAM HARZ**<br>**73-75 AVENUE C**<br>**#15**<br>**New York, NY 10009** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **AVENUE C TENANTS HDFC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract        _____

**Fill in this information to identify the case:**

Debtor name __**AVENUE C TENANTS HDFC**_____

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                          Column 2: **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | | |
| | | City _____ State _____ Zip Code _____ | | | |
| 2.2 | _____ | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | | |
| | | City _____ State _____ Zip Code _____ | | | |
| 2.3 | _____ | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | | |
| | | City _____ State _____ Zip Code _____ | | | |
| 2.4 | _____ | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | | |
| | | City _____ State _____ Zip Code _____ | | | |

**Fill in this information to identify the case:**

Debtor name    **AVENUE C TENANTS HDFC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ☐ Operating a business<br>■ Other    **RENTAL INCOME** | **$47,500.00** |
   | **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other    **RENTAL INCOME** | **$181,448.00** |
   | **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ☐ Operating a business<br>■ Other    **RENTAL INCOME** | **$175,781.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount

| Debtor | AVENUE C TENANTS HDFC | Case number *(if known)* |
|--------|----------------------|--------------------------|

may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **NYCTL 2013-A TRUST V. AVENUE C TENANTS HOUSING ET AL. 156608/2014** | **FORECLOSURE** | **NEW YORK SUPREME COURT** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **AVENUE C TENANTS HDFC**                                      Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **ROBINSON BROG**<br>**875 THIRD AVENUE**<br>**New York, NY 10022** | | **4/14/16** | **$10,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Debtor    **AVENUE C TENANTS HDFC**                                    Case number *(if known)* _____

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Debtor    **AVENUE C TENANTS HDFC**                                    Case number *(if known)* _____

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

- ☑ No.
- ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ☑ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

- ☑ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25.   **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- ☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

26.   **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
- ☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **HF HEWITT REALTY 237 FIRST AVENUE New York, NY 10003** | **APRIL 2015 - PRESENT** |
| 26a.2. | **JORDAN COOPER & ASSOCIATES 440 NINTH AVENUE, SUITE 1500 New York, NY 10001** | **ENDED MARCH 2015** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **AVENUE C TENANTS HDFC**                                    Case number *(if known)*

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **HF HEWITT REALTY**<br>**237 FIRST AVENUE**<br>**New York, NY 10003** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **LUZ VELASQUEZ** | **73-75 AVENUE C**<br>**#9**<br>**New York, NY 10009** | **PRESIDENT** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **HILDA MERCADO** | **73-75 AVENUE C**<br>**#1**<br>**New York, NY 10009** | **VICE PRESIDENT** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **OLIVER FERNANDEZ** | **73-75 AVENUE C**<br>**#8**<br>**New York, NY 10009** | **SECRETARY** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **JOSE FLORES** | **73-75 AVENUE C**<br>**New York, NY 10009** | **TREASURER** | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

Debtor    __AVENUE C TENANTS HDFC_____    Case number *(if known)* _____

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April 29, 2016_____

__/s/ HERMAN HEWITT_____    __HERMAN HEWITT_____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    __SENIOR VICE PRESIDENT_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re **AVENUE C TENANTS HDFC** _____ Case No. _____

_____ Debtor(s)      Chapter **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---:|
    | For legal services, I have agreed to accept | $ | 10,000.00 |
    | Prior to the filing of this statement I have received | $ | 10,000.00 |
    | Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 29, 2016**
_Date_

**/s/ A. MITCHELL GREENE**
**A. MITCHELL GREENE**
_Signature of Attorney_
**ROBINSON BROG LEINWAND GREENE GENOVESE &**
**GLUCK P.C.**
**875 THIRD AVENUE**
**New York, NY 10022**
**(212) 603-6300**
_Name of law firm_

---

# United States Bankruptcy Court
## Southern District of New York

In re    **AVENUE C TENANTS HDFC**
                                                                    Case No. _____
_____
                                            Debtor(s)              Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **SENIOR VICE PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 29, 2016**                           Signature   **/s/ HERMAN HEWITT**
_____              **HERMAN HEWITT**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    **AVENUE C TENANTS HDFC**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the SENIOR VICE PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 29, 2016**

**/s/ HERMAN HEWITT**
**HERMAN HEWITT**/**SENIOR VICE PRESIDENT**
Signer/Title

AAA GLASS PLUS FRAMING INC.
73-75 AVENUE C
NEW YORK, NY 10009


ANTONIA ORTEGA
73-75 AVENUE C
#10
NEW YORK, NY 10009


CORP. COUNSEL FOR NYC
100 CHURCH STREET
NEW YORK, NY 10007


DAVID MANCUSO
73-75 AVENUE C
$14
NEW YORK, NY 10009


EVENLYN LAFONTAINE
73-75 AVENUE C
#16
NEW YORK, NY 10009


HILDA MERCADO
73-75 AVENUE C
#1
NEW YORK, NY 10009


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19114


JEANETTE CONCEPCION
73-75 AVENUE C
#5
NEW YORK, NY 10009


JOSE FLORES
73-75 AVENUE C
#4
NEW YORK, NY 10009


JOSE HERNANDEZ
73-75 AVENUE C
#12
NEW YORK, NY 10009

KALMUS SIEGEL HARRIS &
GOLDFARB LLP
585 STEWART AVENUE, SUITE 550
GARDEN CITY, NY 11530


KRISTIN LOPEZ
73-75 AVENUE C
#2
NEW YORK, NY 10009


LAURA MARTI
73-75 AVENUE C
#3
NEW YORK, NY 10009


LIBRADA BERROA
73-75 AVENUE C
#13
NEW YORK, NY 10009


LUIS MALDONADO
2269 VIRGIL PLACE
BRONX, NY 10473


LUZ VELASQUEZ
73-75 AVENUE C
#9
NEW YORK, NY 10009


NEW YORK STATE DEPT. OF FINANC
ATTN: BANKRUPTCY SPECIAL PROC
PO BOX 5300
ALBANY, NY 12205


NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN: LEGAL AFFAIRS
BROOKLYN, NY 11201


NYC FINANCE COMMISSIONER
66 JOHN STREET, 10TH FL.
NEW YORK, NY 10038


NYC WATER BOARD
PO BOX 1863
NEWARK, NJ 07101

NYCTL 2013-A TRUST
C/O SHAPIRO DICARO 7 BARAK
105 MAXESS ROAD, SUITE N109
MELVILLE, NY 11747


NYS WORKMEN'S COMP BOARD
BUREAU OF COMPLIANCE
20 PARK STREET
ALBANY, NY 12207


OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224


OLGA FERREIRA
73-75 AVENUE C
#11
NEW YORK, NY 10009


OLIVER FERNANDEZ
73-75 AVENUE C
#8
NEW YORK, NY 10009


RECYCLE A BICYCLE
73-75 AVENUE C
NEW YORK, NY 10009


US ATTY OFFICE -SDNY
86 CHAMBERS STREET
ATTN: TAX AND BANKRUPTCY
NEW YORK, NY 10007


WILLIAM HARZ
73-75 AVENUE C
#15
NEW YORK, NY 10009

# United States Bankruptcy Court
## Southern District of New York

In re    **AVENUE C TENANTS HDFC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **AVENUE C TENANTS HDFC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 29, 2016**

Date

**/s/ A. MITCHELL GREENE**

**A. MITCHELL GREENE**

Signature of Attorney or Litigant

Counsel for    **AVENUE C TENANTS HDFC**

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**

**875 THIRD AVENUE**
**New York, NY 10022**
**(212) 603-6300**